# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Earl Kostrow<br>Plaintiff | CIVIL ACTION |
| vs. | NO. 08-3162 |
| Vision Financial Corporation<br>Defendant | JURY TRIAL DEMANDED |

## ORDER FOR DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, please mark this matter Dismissed with Prejudice.

_____
JOHN SHNIPER, ESQUIRE
Attorney for Plaintiff

_____
RICHARD J. PERR, ESQUIRE
Attorney for Defendant