```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EARL KOSTROW, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VISION FINANCIAL CORPORATION, | : | NO. 08-3162 |

## O R D E R

AND NOW, this **28th** day of August **2008**, it is hereby Ordered that the Initial Pretrial Conference scheduled on September 9, 2008 is CANCELLED.

```
     ATTEST:                    or    BY THE COURT


     BY: s/Trudy Oliver         _____
         Deputy Clerk                       Judge
```

C.V. 12 (4/99)

xc:

John Shniper, Esquire
Richard Perr, Esquire